MAX ROSENBLATT, Appellant, *v.* SURPRISE BUILDING COMPANY, Respondent.

(Argued March 22, 1929; decided April 16, 1929.)

*Herman Shulman* and *Benjamin Algase* for appellant.
*Adam K. Stricker* and *Abraham Benedict* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.